JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSELA SANDOVAL,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN OF VICTORVILLE CAMP, FCI, MEDIUM, I,<br><br>          Respondent. | Case No. 2:23-cv-01572-MCS-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 15, 2024

*[signature]*

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE